

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her reply brief is granted. Her reply brief is due May 20, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court